**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2011 SEP 30  PM 3: 37

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                      DEPUTY

SCOTT LOUIS PANETTI,

        **Petitioner,**

-vs-                                  **Case No.  A-09-CA-774-SS**

RICK THALER,

        **Respondent.**

## O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and now enters the following.

On June 30, 2011, this Court entered an order [#35] granting Petitioner Scott Louis Panetti's motion to extend the stay and abatement of proceedings in this case until August 19, 2011. Although this case is still listed as stayed, a review of the record indicates Panetti has now responded to Respondent Rick Thaler's motion for summary judgment, making that motion ripe for adjudication. Moreover, there does not appear to be any further reason for a stay in this case, and the stay is therefore lifted.  Finally, if Thaler wishes to file a reply to Panetti's response, he must do so within FIFTEEN (15) DAYS of entry of this order.

Accordingly, IT IS ORDERED that the stay and abatement in this case is LIFTED;

IT IS FINALLY ORDERED that Thaler shall file any reply to Panetti's response within FIFTEEN (15) DAYS of entry of this order.

SIGNED this the _**30**_ day of September 2011.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

774 lift stay ord mjh.frm